# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2020

160736(41)

TREVOR LE GASSICK, Trustee of the JAMES
A. BELLAMY TRUST and Personal
Representative of the ESTATE OF JAMES A.
BELLAMY,

      Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN REGENTS and
ANDREW D. MARTIN,

      Defendants-Appellants.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160736
COA: 344971
Washtenaw CC: 18-000395-CZ

      On order of the Chief Justice, the motion of the Council of Michigan Foundations, the Michigan Nonprofit Association, and the Michigan Association of United Ways, Inc. to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 18, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2020



Clerk